# IN THE SUPREME COURT OF PENNSYLVANIA
## EASTERN DISTRICT

COMMONWEALTH OF PENNSYLVANIA,   :   No. 100 EM 2019

                            Respondent         :

                  v.                    :

ANTHONY MEDINA, JR.,          :

                            Petitioner          :

## <u>ORDER</u>

**PER CURIAM**

      **AND NOW**, this 5th day of December, 2019, the Motion to File Petition for Allowance of Appeal *Nunc Pro Tunc* is DENIED.